Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of **ARIZONA**

Division

| | | |
|---|---|---|
| **RICHARD Wayne THompson** | ) | Case No. **CV20-00769-PHX-DJH--MTM** |
| *Plaintiff(s)* | ) | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) | Jury Trial: *(check one)* ☒ Yes ☐ No |
| -v- | ) ) ) | |
| **RUBEN GALLEGO** | ) ) ) ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | |

## COMPLAINT FOR A CIVIL CASE

I.   **The Parties to This Complaint**

   A.   **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name                        **RICHARD Wayne THompson**
   Street Address              **6802 N. 17th AVE, APT 16**
   City and County             **PHOENIX / MARICOPA**
   State and Zip Code          **ARIZONA / 85015**
   Telephone Number            **928-583-4934**
   E-mail Address              **marine.ll.nw0@gmail.com**

   B.   **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name         RUBEN GALLEGO

Job or Title *(if known)*   POLITICIAN

Street Address     1131 LONGWORTH HOUSE OFFICE BLDG

City and County     WASHINGTON

State and Zip Code   D.C. / 20515

Telephone Number   202-225-4065

E-mail Address *(if known)*   UNKNOWN

Defendant No. 2

Name         N/A

Job or Title *(if known)*   N/A

Street Address     N/A

City and County     N/A

State and Zip Code   N/A

Telephone Number   N/A

E-mail Address *(if known)*   N/A

Defendant No. 3

Name         N/A

Job or Title *(if known)*   N/A

Street Address     N/A

City and County     N/A

State and Zip Code   N/A

Telephone Number   N/A

E-mail Address *(if known)*   N/A

Defendant No. 4

Name         N/A

Job or Title *(if known)*   N/A

Street Address     N/A

City and County     N/A

State and Zip Code   N/A

Telephone Number   N/A

E-mail Address *(if known)*   N/A

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 U.S. Code §§ 1505 - OBSTRUCTION of Congress

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual
   The plaintiff, *(name)* RICHARD Wayne THOMPSON , is a citizen of the State of *(name)* ARIZONA .

   b.    If the plaintiff is a corporation
   The plaintiff, *(name)* N/A , is incorporated under the laws of the State of *(name)* N/A ,
   and has its principal place of business in the State of *(name)* N/A

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual
   The defendant, *(name)* RUBEN GALLEGO , is a citizen of the State of *(name)* ARIZONA . Or is a citizen of *(foreign nation)* N/A

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____ N|A _____, is incorporated under

the laws of the State of *(name)* _____ N|A _____, and has its

principal place of business in the State of *(name)* _____ N|A _____.

Or is incorporated under the laws of *(foreign nation)* _____ N|A _____,

and has its principal place of business in *(name)* _____ N|W _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$5,000,000.00

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please See Attachment

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Please See Attachment

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.       Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.       For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     04/20/2020

Signature of Plaintiff     *Richard W. Thompson*
Printed Name of Plaintiff     RICHARD W. THOMPSON

### B.       For Attorneys

Date of signing:     _____

Signature of Attorney     _____
Printed Name of Attorney     _____
Bar Number     _____
Name of Law Firm     _____
Street Address     _____
State and Zip Code     _____
Telephone Number     _____
E-mail Address     _____

ATTEMPTS HAVE BEEN MADE SEVERAL, SEVERAL
TIMES, IN ORDER TO GIVE DEFENDANT 1
TO 'HONOR THE 'OATH OF OFFICE' TO ARIZONA
VOTERS, IN REFERENCE TO THE
'CONSTITUTION OF THE UNITED STATES OF
AMERICA'- PER 2:18-CV-04700-DJH--MHB,
WHO 'DID' INDEED 'lie TO Congress,
WHICH IS A FEDERAL CRIME, AND
DEFENDANT 1 is " Fully AWARE" OF THIS
pg #2


18 U.S. Code part 1505 - OBSTRUCTION OF Proceedings
BEFORE DEPARTMENTS, AGENCIES, and Commitees.
SHALL BE FINED UNDER THIS TITLE, Imprisoned
NOT MORE THAN FIVE YEARS OR, IF THE
OFFENSE INVOLVES INTERNATIONAL OR DOMESTIC
terrorism (as DEFINED IN Section 2331)
IMPRISONED NOT MORE THAN 8 YEARS OR BOTH


AS A 'COMBAT MARINE', I SWORE TO PROTECT
THE CONSTITUTION, AND DEFENDANT 1 HAS NOT
UPHELD HIS 'DUTY' TO ARIZONA VOTERS AND
Plaintiff AS AN elected Official

Plaintiff Seeks Relief of $5,000,000.00



**U.S. Department of Veterans Affairs**
Office of General Counsel

Torts Law Group (02)
4800 Memorial Drive
Bldg 92
Waco, TX 76711

Fax: (202) 495-6426

7018 1130 0001 0538 8121

**Certified Mail**   7015 1520 0002 3719 2117

In Reply Refer To: GCL 432009

January 29, 2020

Richard J. Thompson — *Wrong*
1113 E. Gurley St.
#10
Prescott, AZ 86301

*303.914-5820*
*TORTS LAW GROUP*
*155 VAN GORDON St*
*Suite 551*
*Larkewood, Co    8022*

RE:   Administrative Tort Claim

Dear Mr. Thompson:

Our office received the tort claim Standard Form 95 on June 20, 2019, you filed asserting $75,000,000,000 in damages alleging that starting in "2005 and ongoing" the VA allegedly committed HIPAA violations, ADA violations, assault, collusion, discrimination, gross mismanagement, legal and medical malpractice and negligence. Over 100 pages accompanied your claim included excerpts of your medical record with dates in 2011 and 2012 pertaining to prescription medication, an allegation about a nonVA employee who "forged documents" related to a domestic matter in Arizona state court as well as allegations against individuals who do not appear to be VA employees.

The Federal Tort Claims Act (FTCA), sections 1346(b) and 2671-2680, title 28, United States Code, under which you filed your claim, provides for monetary compensation when a Government employee, acting within the scope of employment, injures another by a negligent or wrongful act or omission. Liability is determined by law of the State where the tort occurred (section 2674, title 28, United States Code).  Under the FTCA, a tort claim is barred unless it is presented within two (2) years after the claim accrues, as provided in section 2401 (b), title 28, United States Code. You filed this tort claim well beyond the 2-year statute of limitations.  Furthermore, there is no remedy under the FTCA for intentional acts like those described above. Accordingly, for the reasons above, your claim is denied as untimely.

If you are dissatisfied with the VA's denial of this claim, you may file suit directly under the FTCA, sections 1346(b) and 2671-2680, title 28, United States Code.  The FTCA provides that when an agency denies an administrative tort claim, the claimant may seek judicial relief in a proper Federal District Court. The claimant must initiate the suit within six months of the mailing of this notice as shown by the date of this denial. See, section 2401(b), title 28, United States Code. In any FTCA lawsuit, the property party defendant is the United States, not the Department of Veterans Affairs (or an individual health care provider).



RUBEN GALLEGO
7TH DISTRICT, ARIZONA

1218 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-4065

COMMITTEES:
ARMED SERVICES
SUBCOMMITTEES:
TACTICAL AIR AND LAND FORCES
READINESS

NATURAL RESOURCES
SUBCOMMITTEES:
ENERGY AND MINERAL RESOURCES
WATER, POWER, AND OCEANS
OVERSIGHT AND INVESTIGATIONS

DISTRICT OFFICE:
411 NORTH CENTRAL AVENUE
SUITE 150
PHOENIX, AZ 85004
(602) 256-0551

# Congress of the United States
## House of Representatives
### Washington, DC 20515-0307

September 14, 2018

Dear Mr. Thompson,

Thank you for contacting the office regarding your issue with the Department of Veterans Affairs. I appreciate you taking the time to contact our office for assistance.

I am happy to make an inquiry on your behalf. In order to do so, I must have a written request from you. A privacy release form is enclosed. Please fill out the form briefly describing your situation, attach any documentation you have, and return it to Anthony Saucedo in my Phoenix District Office.

I look forward to serving you.

Sincerely,

Ruben Gallego
Member of Congress

RG/ zr

*Anthony Saucedo is on my case after the office of Ruben Gallegos opened up an Investigation.*

*Sec. of VA - Robert Wilkie*
*USPS# 7018 0360 0001 3682 3310*

(2)

**Fruit of the poisonous tree** doctrine.

Not only is evidence that's the product of an illegal search generally inadmissible in court, but so too is additional evidence that derived from the initial evidence. This principle is colorfully known as the "**fruit of the poisonous tree**" doctrine.

 Nolo.com › legal-encyclopedia › se...

When Can't the Fourth Amendment Protect My Privacy? | Nolo

 Nolo.com › legal-encyclopedia › se...

Fruit of the Poisonous Tree: Illegally Obtained Evidence | Nolo

For more on fundamental rights as they relate to the federal Constitution and state law, see What does the Bill of Rights do? Fruit of the poisonous tree includes ...

③

    



CR 2015-129136-001

1. A Records request will show THAT MESA Police USED THIS ADDRESS IN THEIR Report

2. MESA Police Internal AFFAIRS, Lt. QUESADA _HAD_ 2nd Used my _ADDRESS_, when He sent A _letter_ TO 832 N. CHerry #104, IN MESA, AZ

3. MESA Police Classified mes AS A 'TRANSIENT'

4. Col. FRANK M. Istead OF DPs was THe CHief OF Police at THe time

⑭

5. I NEVER got A ticket

FALSE
FBI

#5

HOSPITALIZED BY MESA POLICE



TRANSIENT ? ? ? ? ? ? ?

| | Name | Address |
|---|---|---|
| **mplainant:** | Detective Purington #9770 | P.O. Box 1466, Mesa, AZ |
| **im(s):** #1 | Ofc Calderon 11836 | 120 N Robson, Mesa AZ |
| #2 | State of AZ | |
| #3 | | |
| #4 | | |

**dant(s): #1:** Name: Richard Wayne Thompson
AKA:
Home Address: Transient
Race: B; Ethnic: N; Sex: M; Ht: 507; Wt: 206

#2: Name:
AKA:
Home Address:

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kyla Lout
618 S. MADISON DR.
Tempe, AZ
85281

9590 9402 4006 8079 0922 78

2. Article Number *(Transfer from service label)*

ᴣ 0360 0001 3682 3600

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addre

B. Received by (Printed Name) C. Date of Del
8-17

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Res Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Rec



**COMPLETE THIS SECTION**

items 1, 2, and 3.
name and address on the reverse
e can return the card to you.
his card to the back of the mailpiece,
e front if space permits.

Addressed to:

ᴏᴍᴀꜱ Doden/VET Center
ᴣ0 N. 20TH Street
Suite 110
PHOENIX, AZ 85ᴏᴀ6

9590 9402 4006 8079 6047 30

ᴣ7018 0680 0001 2201 9780

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☒ Agent ☐ Addres

B. Received by (Printed Name) C. Date of Deli
L. Edmundson 7-7-1

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ on Delivery Restricted Delivery Mail
☐ Mail Restricted Delivery (over $500)
☐ Priority Mail Express
☐ Registered Mail™
☐ Registered Mail Restr Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Recei



**SENDER: COMPLETE THIS SECTION**

■ Complete Items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sgt. Lola Ann Scott # 7289
Phoenix Police dept.
620 W. Washington St.
Phoenix AZ 85003

9590 9402 4218 8121 3404 28

2. Article Number (Transfer from service label)
7016 3010 0000 6503 8022

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   □ Agent
                    □ Addressee

B. Received by (Printed Name)   C. Date of Delivery
B. Viedrano 7926

D. Is delivery address different from Item 1?   □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery ($500)
□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Return Receipt for Merchandise
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

■ Complete Items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

OFFICER METCALF # 6956
Mountain View Precinct
2075 E. Maryland Ave
Phoenix AZ 85016

9590 9402 4006 8079 0923 60

2. Article Number (Transfer from service label)
7018 0360 0001 3682 3396

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   □ Agent
                    □ Addressee

B. Received by (Printed Name)   C. Date of Delivery
LUTHER                          9-6-18

D. Is delivery address different from Item 1?   □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Restricted Delivery
□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Return Receipt for Merchandise
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt



EPIC Policy Group, LLC
10640 N 28th Drive Suite A203
Phoenix, AZ 85029

To:

RC Thompson
6802 N 17th Ave. Apt 16
Phoenix, AZ 85015



| Hours | Amount | Rate per h |
|---|---|---|
| 0.2 | 20.00 | |
| 1 | 100.00 | |
| 1 | 100.00 | |
| 1 | 100.00 | |
| 0.5 | 175.00 | |
| 0.1 | 10.00 | |
| 1 | 100.00 | |
| 1 | 100.00 | |
| 0.75 | 75.00 | |
| 1 | 100.00 | |
| 1 | 100.00 | |
| 1 | 100.00 | |
| 1 | 100.00 | |
| 1 | 100.00 | |
| 1 | 75.00 | |
| 0.75 | 20.00 | |
| 0.2 | | |



EXECUTIVE BRANCH — LEGISLATIVE BRANCH = JUDICIARY

Doug Ducey

Patricia Bianchi

\* info in my
Cell phone

Honorable Senator Martha McSally
USPS# 9590 9402 4633 8323 9397 46

Kenneth C. Behringer
Legislative Council
USPS# 9590 9402 4919 9032 7807 63

Arizona Commission on Judicial Conduct
USPS# 9590 9402 4919 9032 7806 33

Honorable George Riemer
Supreme Court AZ
USPS# 9590 9402 4919 9032 7806 40

Sandra Day O'Connor
USPS# 7018 0360 0001 3682 3525

MCSO
Joaquin Enriquez
USPS# 9590 9402 2882 7069 0094 23

MCSO
Kimberly Thompson
USPS# 9590 9402 4633 8323 9398 14

(13)

LOCAL GOVT.

Councilwoman Vania Guevara — City of PHX
USPS# 9590 9402 2882 7069 0094 30
Raquel Estupinan — City of PHX
USPS# 9590 9402 4218 8121 3403 81
Helda Williams — (Blamed ED Zuercher) \*I met with her
USPS# 7016 3010 0000 6503 7896



*Freedom Fund Event*



# Legal Redress

The Legal Redress Committee investigates discrimination complaints, monitors litigation in which the branch is interested and communicates with the National Office and Branch members on the progression of discrimination cases. **The Legal Redress Committee does not give general legal advice. If you feel you have experienced discrimination and would like to file a complaint with the NAACP, you must complete the form below to initiate our legal redress process. Questions about our legal redress process should be sent to us at legalredress@evnaacp.org.**

Fields marked with an * are required

**Full Name ***

**Address**

**City**

**State**

Arizona

**Zip**

**Phone**

**Email**

**Best Time/Method For Contact**

William Smitherman Sr.
480- 654- 4629



From: Kelly

PRIVATE & Co

2017- 00 - 599893

4-7- 2017

to

4-7- 2018

"DENIED TReatment
by The PHX V.A. "

(15)

15

**Abrazo Central Campus**
2000 W. Bethany Home Rd.
Phoenix, AZ 85015-2443
Phone: (602) 249-0212

### Patient Education & Visit Summary

### PERSON INFORMATION

**Name:** THOMPSON, RICHARD W

**Address:** 6802 N 17TH AVE 16 PHOENIX AZ 85015 **Phone:**(999)999-9999

**DOB:** 05/11/1971 **MRN:** 985409 **Acct#:** 504037185

**Arrival Time:** 12/15/2019 06:54:00 **ED Discharge Time:**

**VISIT INFORMATION**

**Presenting Complaint:** pt. on foot  from private residence complaining of cough x 4 days.

**Patient Diagnosis:** Chronic bronchitis with acute exacerbation

**Primary Care Provider:**

**Primary Physician:** and ATALLAH PA, NICOLE M

**Allergy Info:** traMADol; amLODIPine; hydrochlorothiazide-triamterene; lisinopril

**Discharge Location:**

**FOLLOW-UP WITH:**

| With: | Address: | When: |
| --- | --- | --- |
| Family Medicine Clinic-Phoenix, AZ | 2000 W. Bethany Home Rd. Phoenix, AZ 85015 6022465525 Business (1) | Within 2-3 days |

**Comments:**
RETURN TO ED IF WORSE IN ANY WAY.

Name THOMPSON, RICHARD
MRN 985409

1 of 9

12/15/2019 07:43:36

Southern Nevada Healthcare System

6900 North Pecos Road , North Las Vegas , NV 89086

Main Phone Number: (702) 791-9000
Patient: RICHARD THOMPSON, Date: 04/09/2018 Time: 00:26

## DISCHARGE INSTRUCTIONS

IMPORTANT: We examined and treated you today on an emergency basis only. This was not a substitute for, or an effort to provide, complete medical care. In most cases, you must let your doctor check you again. Tell your doctor about any new or lasting problems. We cannot recognize and treat all injuries or illnesses in one Emergency Department visit. After you leave, you should **follow the instructions below**.

You were treated today by Hiran Wijesinghe, MD.

**Special Information**

**This Information Is About Your Follow Up Care**

It is important that you establish a relationship with a Primary Care Physician. A Primary Care Physician can provide recommendations that will help protect your health and provide the screening you need. Please contact (702) 791-9024 to establish a Primary Care Provider

You need to establish care and follow up with PCP ASAP or in 2-5 days.

**Future Appointments**

| | |
|---|---|
| 05/04/2018 at 1:00pm | LAS MHC ORIENTATION GROUP |
| 05/15/2018 at 3:00pm | LAS PACT 5 |

**This Information Is About Your Illness and Diagnosis**

**BRONCHITIS**
Bronchitis is inflammation within the lungs. The lungs contain air passages called bronchioles. They are the larger tubes that supply oxygen to the rest of the lung. When these bronchioles get inflamed (swell), it is called "bronchitis".

**What causes bronchitis?**
Bronchitis is usually caused by a virus. It usually occurs as a complication from the common cold or flu. Occasionally, bronchitis is caused by bacteria.

There are many different viruses that cause bronchitis. Colds and bronchitis are most common in the fall and winter. In spite of common belief, colds <u>are not</u> caused by cold weather. Colds occur more often in cold weather due to:

- an increased number of people being inside and in close contact with each other
- drier weather - it is easier for viruses to attach to drier mucus membranes, such as the lining of the nose or bronchioles

Bronchitis is contagious - the virus that causes it can be passed from one person to another. You must come in contact with the affected virus. The virus can be passed through:

Portions Copyrighted 1987-2018 The Wellness Network Page 1 of 11





**Arizona Board of Psychologist Examiners**

1740 W. Adams St., Suite 3403
Phoenix, Arizona 85007
Phone (602) 542-8163 Fax (602) 542-8279
www.psychboard.az.gov

**Board Members**
Bob Bohanske, Ph.D., FNAP, Chair
Lynn L Flowers, Ph.D., Vice-Chair
Diana Davis-Wilson, DBH, BCBA, Secretary
Bryan Davey, Ph.D., BCBA-D
Aditya Dynar, Esq.
Stephen Gill, Ph.D.
Matthew A. Meier, Psy.D.
Ramona N. Mellott, Ph.D.
Tamara Shreeve, MPA

**Executive Director**
Heidi Herbst Paakkonen MPA

**Governor**
Douglas A. Ducey

December 27, 2019

Richard Thompson
███████████████████



RE: Claim No. CL-19-06, Daniel Gaughan, Ph.D.

Dear Mr. Thompson:

In accordance with the Claim process set forth in Arizona Revised Statute § 32-2081(C), the Claim you recently submitted regarding Daniel Gaughan, Ph.D. has been independently reviewed by three members of the Arizona Board of Psychologist Examiners ("Board"). Each of the three Board members who reviewed the Claim independently provided a recommendation indicating that the Claim does not appear to merit opening a Complaint. Accordingly, the purpose of this letter is to notify you that no further action will be taken on your Claim.

If you believe that you may have additional legal remedies, you may wish to consult with an attorney of your choosing.

Sincerely,

Jennifer Michaelsen
Deputy Director
Email: jennifer.michaelsen@psychboard.az.gov







**State of Arizona Board of Psychologist Examiners**
1740 West Adams St., Room 3403
Phoenix, Arizona  85007

Phone: (602) 542-8159    Fax: (602) 542-8279
www.psychboard.az.gov       jennifer.michaelsen@psychboard.az.gov

## CLAIM AGAINST A PSYCHOLOGIST
## WHO PROVIDED COURT ORDERED SERVICES*

---

### Instructions

This form is intended for use by individuals submitting a claim of unprofessional conduct against a psychologist who performed services ordered by the court.  Please complete the form, attach your supporting documentation, as well as documents requested on pages 2 and 3 of this form, and return all materials to the Arizona Board of Psychologist Examiners' office at the address listed above.

### Process

Pursuant to A.R.S. §32-2081(C), the claim will be independently reviewed by three members of the Board ("Reviewers"), including one public member.  The Board office may contact you with follow up questions or to request additional documentation.  Each Reviewer will review the claim and will independently make a recommendation to the Board's Executive Director regarding whether there is merit to open a complaint.  If the three Reviewers independently recommend not opening a complaint, a complaint will not be opened. If, however, one or more Reviewer(s) recommend opening a complaint, a complaint will be opened and an investigation will follow.  You will be notified of the outcome of the review. The psychologist will be notified of the claim pursuant to A.R.S. §32-2081(E).

Please type or print in ink and answer all questions.  Return an original and one copy of all documents submitted.

| Psychologist Information: | |
|---|---|
| Name   DR. KAYSHA RICHARDS | |
| Business Name  Behavioral Health Providers | Business Phone (623) 202-3639 |
| Business Address  14050 North 83rd Avenue, Suite 290 | |
| City        Peoria | State   Arizona      Zip Code    85381 |

| Your Information: | |
|---|---|
| Name  Richard Wayne Thompson      (928) 583-4934 | |
| Address  6802 N. 17th Ave, APT 16 | Contact Phone  Where you wish to be contacted during business hours |
| City  Phoenix | State  Arizona      Zip Code  85015 |

**\*Note:**  Pursuant to A.R.S. §32-2081(B) complaints filed by individuals charged with offenses under Title 13, Chapter 14, must first be reviewed by the Court.  Pursuant to A.R.S. §31-241, an inmate must exhaust internal grievance procedures established by the Arizona Department of Corrections before filing a complaint with the Arizona Board of Psychologist Examiners.

**Questions (Please print)**

1. **Please provide your court case number** CR-2019-126728- 001

2. **Please name the opposing party** in your court case. STATE of ARizona

   **What is your relationship to the opposing party?** Pending Federal Lawsuits

3. ☒ Yes   ☐ No      **Did the psychologist perform services ordered by the court?**

   If yes, please **provide a copy of the court order that orders the services to be provided.**

   If yes, please **identify the services provided**, such as custody evaluation, parenting coordination, therapeutic intervention, etc.

   Rule 11 Mental Health Evaluation on 02/14/2020

4. ☐ Yes   ☒ No      **Did the psychologist have documents that required your signature and explained fees for the service provided, the nature of the service provided, the psychologist's duty to report abuse or harm, and other information?  (This may be called "Informed Consent," "Service Agreement," or something else)**

   If yes, please **provide a copy of the documents.**

5. ☒ Yes   ☐ No      **a. Did the psychologist issue reports, evaluations, recommendations, or other documents as a result of the services provided to you?**

   ☐ Yes   ☒ No      **b. If yes, did you receive a copy?  If yes, please provide a copy of any reports, evaluations, recommendations, or other documents issued by the psychologist.**

   ☒ Yes   ☐ No      **c. If you did not receive a copy, did you request a copy?**

6. ☒ Yes   ☐ No      **Did you communicate with the psychologist in writing, such as email, text, letters, etc?**

   If yes, please **provide a copy of all written communication between the psychologist and you.**
   * Certified mail - USPS # 9590 9402 5486 9249 1691 19

7. ☒ Yes   ☐ No      **Has the psychologist completed his/her work on this case?**

8. **Over what period of time were services provided by the psychologist?**

   Start date 02/14/2020          End Date 02/14/2020

9. ☐ Yes   ☒ No      **Has the Court rendered a final decision in this case?**

Claim Form and Instructions (7/19)                - 2 -

10. Please provide the Judge's final order(s), if issued, including all of the following that apply:

☐ Custody

☐ Visitation

☐ Parental Fitness

☐ Therapy

☒ Other (please identify) UNKnown — No Communication w/ Public Defender

11. ☒ Yes  ☐ No   Have you filed a complaint(s) against this psychologist with the Court?

If yes, please provide a copy of the complaint(s) and any decision(s) rendered. (If a decision has not been yet been rendered, please notify the Board Office of the final outcome when issued.) ~ none

12. ☒ Yes  ☐ No   Have you filed a lawsuit(s) against this psychologist?

If yes, in what court was the lawsuit(s) filed?

Sandra Day O'Connor Court

If yes, on what date was the lawsuit filed?

CV-20-00407-PHX-DJH—MTM (Filed on 02/25/2020)

Please provide a copy of the Complaint filed in your lawsuit.

☒ Yes  ☐ No   Is the lawsuit pending?

☐ Yes  ☒ No   Did the Judge issue a final ruling in the lawsuit?

If yes, please provide a copy of the final decision.

13. ☐ Yes  ☒ No   To your knowledge, has anyone else involved in your case filed a Complaint(s) or lawsuit(s) against this psychologist?

If yes, please identify the agency, organization, or court with which it was filed.

_____

14. SUMMARY OF CLAIM:

Include specific details (who, what, when, where, how, why). Include the type of service provided and date(s) of service. Attach a copy of the documents identified in the Instructions section of this Claim Form. Please use extra sheets of paper, if needed and sign each additional page. Please print clearly as the review of your claim will be delayed if we cannot read your writing.

On 02/05/2020 I Sent Certified Mail To Dr. Kaysha Richards, in order To Avoid A 'Repeat' of CL-19-04;

Claim Form and Instructions (7/19)                    - 3 -

I WAS given '3' MENTAL HEALTH EvaLuations, WiTHOUT my V.A. MEDICAL RecoRds oR C-Files

DR. KAYSHA RICHARDS made THE statement THAT 'IT IS UP TO THE CoURTS' TO get HER my MEDICAL RecoRds

I told DR KAYSHA RICHARDS more THAN once THAT 'I HAVE not Signed A Release of InFoRmation'

DR. KAYSHA RICHARDS made THE statement, THAT SHE WAS not going to look AT THE inFoRmation THAT WAS Sent to HER By WAY of CeRTiFied mAiL

DR. KAYSHA RICHARDS ASKed me to tell HER about my 'Medical History' - I told HER, THE CeRTiFied mAiL HAS THE Detailed inFoRmation about my Medical History

DR. KAYSHA RICHARDS ASKed me How I Felt about PUBLiC DeFendeR, CARLoS BRown I told HER I HAVE Him named in A LAWSUiT - CV-20-00132-DJH--MTM

DR. KAYSHA RICHARDS ASKed me How I Felt about THE Judge, and I told HER, I Had Filed an 'ARizona Commission on Judicial Conduct Complaint', and THere is A New Judge

DR. KAYSHA RICHARDS ASKED me HOW I FELT about THE PROSECUTER SCOTT BLUM, I told HER THAT I have SCOTT BLUM Named in A LawSuit -
CV- 19-05929-DSH--MTM

DR. KAYSHA RICHARDS 'Knowingly' gave an 'Expert' opinion, 'IGNORING' VitAL InFormation available to HeR, in Reference To 'Human Rights'

DR. KAYSHA RICHARDS Also SHoweD A 'NEGATIVE BIAS' TowARDS me as well

* On 02/28/2020 in My Evaluation WiTH DR. MICHAEL McGADY, STated He would WAiT FoR THE CourTS To get my MeDical RecorDs FoR THe Evaluation, and DR. KAYSHA RichARDS DiD THe opposite

** ARizona Revised STATUTE § 32-2081 (C) IS UnCoNStitutional, because THe United STATes ConStitution is THe Supreme Law oF THe land

* NO MEDICAL RecorDs FoR MENTAL PatiEnts is NOT 'FAiR and Due PROCESS'

(Attach additional pages if necessary.)

I am the person who prepared this Claim. The information given herein is known to me to be the truth, or is true to the best of my knowledge and belief, without any reservations.

Signature of Person Filing the Claim

08/03/2020
Date

# Progress Notes

Printed On Dec 20, 2012

-Call 911 or Nat'l Suicide Prevention Lifeline or present to ED for any life-threatening (e.g. suicidal) crisis, after discharge.

E:
-re: plan and its rationale.  Pt indicated understanding and acceptance.

**44**

/es/ CLINT W ANTHONY, MD
CHIEF OF PSYCHIATRY
Signed: 04/09/2012 16:42



---

LOCAL TITLE: MH-PSYCHIATRIC HISTORY AND ASSESSMENT
STANDARD TITLE: MENTAL HEALTH H & P NOTE
DATE OF NOTE: MAR 09, 2012@15:08     ENTRY DATE: MAR 09, 2012@15:09:01
    AUTHOR: ANTHONY,CLINT W      EXP COSIGNER:
    URGENCY:                     STATUS: COMPLETED

Seen 1540-1600; UNscheduled visit for re-evaluation of tx of PTSD & bipolar do
S:  Pt is a 40yo married x 2 (currently since '06; separated spring '11), Afro-American male (100% SC for PTSD) who was screened by RN (see that note this afternoon).  Initially pt wondered if he should be in the hospital to get back on meds.  When I indicated that he could pick up the lithium today, pt indicated that he really did not think he needed to be in the hospital then.  Wants to get back on track with medication.  Asked for counseling services.
    Sleep:  impaired w/ maintenance problems.  No suicidal ideas, not even passive.  Considerable irritability & anger; some violent ideation, but no specific targets, vendettas, or plans.
    Daily use of narcotic.  Gets some oxycodone from non-VA physician and buys narcotic(s) on street.  Vague about amounts.  Indicated that he uses the narcotics for pain but also to him him sleep and to regulate his mood.  Asked about Suboxone.
    Currently not on any psychotropics or other meds.
    Acknowledged using MJ on regular basis.

O:
General-       neatly dressed (casually) and groomed; appearing stated age;
                   walked w/ a small limp; obvious (but mild) swelling of
                   L ankle
Sensorium-     stably alert and grossly oriented
Behavior-      sat calmly; talkative; cooperative; 70% eye contact
Affect-        constricted & business-like; a few smiles & a little laughter;
                   mood congruent
Mood-          depression & anger
Speech-        nl rate & volume
Thought Processes- linear, goal-directed
Thought Content- no obvious response to internal stimuli; no reported halluc.
                   or delusions; stated no suicidal ideas; has thoughts of
                   violence but no specific targets

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

THOMPSON,RICHARD WAYNE
UNIT 143
2855 E BROADWAY RD
MESA, ARIZONA  85204
▬▬▬▬   DOB:05/11/1971

**VISTA Electronic Medical Documentation**

Printed at Phoenix VA Health Care System

     

Q Search

---------- Forwarded message ----------
From: <sgvk27@aol.com>
Date: Jan 4, 2018 12:09 PM
Subject: Re: Investigator
To: <glenmart47@cox.net>
Cc: <mt4yrkel@gmail.com>



Dear Mr Rucker

I am researching a considerable number of issues
Mr Thompson has had with AZ police, courts,
adoption boards, the VA and others.  Can you let me
know in what connection you are involved with Mr
Thompson, and please share any relevant
information confirming ill-treatment/rights abuses
Mr Thompson has experienced.

I am a UK based american citizen, investigative
journalist and rights campaigner.  I will say that in
things I have looked into so far in my career, the
catalogue of apparent rights abuses,
maladministration and mistreatment of Mr
Thompson's is so widespread over so many
agencies and over so long period of time, it is not
easy to get a handle on it all; any light you can shed
will be appreciated.

  You, Paula Lubbe and 3 others          23 Shares

 Like           Comment           Share



**"Acting Under Color of Law"**
**STATE & FEDERAL**
**GROSS DISCRIMINATION**

June 25, 2019

Richard Thompson
6802 N. 17th Ave   Apt 16
Phoenix, AZ 85015

(22)

**✳ CR 2019-126728-001**

Dear Mr. Thompson,

We have received your complaint. Thank you for bringing this matter to our attention.

We can assure you that the circumstances surrounding your complaint will be investigated.

You will be informed of our findings upon completion of the investigation. Should you have any questions in the meantime, please feel free to contact the Professional Standards Bureau during regular business hours at (602) 876-5429. Otherwise, the assigned investigator and contact information is listed below:

IA# **IA2019-0311**

Investigator: **Detn Off Lt Calvin King**

Investigator Phone #: **602-876-5967**

**✳ MARK CASEY OF SHERIFF'S OFFICE gave an Email Statement to myself and The Reporter, which put Blame on MESA Police, which means, The Marshals are to blame as well**

Thank you,

Maricopa County Sheriff's Office
Professional Standards Bureau

**= IGNORANCE IS NO EXCUSE**

---

**101 W. Jefferson Street • Phoenix, Arizona 85003**
**(602) 876-1000 • Statewide Toll Free 1-800-352-4553 • WWW.MCSO.ORG**

CLERK OF THE SUPERIOR COURT
201 WEST JEFFERSON STREET
PHOENIX ARIZONA 85003

CHECK #

*CRIMINAL FINANCIAL ACCOUNT*
CR2015-129136-001

09/17/2019    $125.00

PAY    ONE HUNDRED TWENTY-FIVE AND 00/100 DOLLARS

TO THE
ORDER
OF
THOMPSON  RICHARD  WAYNE
6802 N 17TH AVE APT 16
PHOENIX AZ 85015

Michael Nimtz

J.H. Smith

⑈506588 52⑈ ⑆122100024⑆    0098 2585515⑈

CLERK OF THE SUPERIOR COURT
201 WEST JEFFERSON STREET
PHOENIX ARIZONA 85003

R-50658852          THOMPSON, RICHARD WAYNE
CR2015-129136-001 09/17/2019   $125.00
REFUND
THOMPSON, RICHARD, WAYNE
6802 N 17TH AVE APT 16
PHOENIX AZ 85015

**ATTENTION:** This is a restitution check
for a crime committed against you or
your company by the party named above.
You have been ordered to receive
restitution on this case.  If you have
any questions, call 602-372-5375

23

FOR YOUR CONVENIENCE YOU MAY E-MAIL YOUR CHANGE OF ADDRESS
TO: CFORESPONSE@MAIL.MARICOPA.GOV.  ADDRESS CHANGES MAY ALSO
BE MADE BY MAIL TO: CFO, 201 WEST JEFFERSON, PHOENIX AZ 85003
BE SURE TO INCLUDE THE CASE NUMBER AND NAME OF THE PAYEE

1:22

**Craig, Karen M.** 1:21 PM

to me, Craig ⌄

Mr. Thompson,

Just following up to reschedule your appointment with the Director and Associate Director at the Phoenix VAHCS, provided you and your advocate still want to have the meeting.

Here are two options for a 30 minute meeting, if so.   Please let me know which one you prefer and when your advocate would be available.

Friday, January 10th at 3:30pm or

Tuesday, January 14th at 1:00pm

If neither of those work, let me know and I can look for other options.   If it's easier, you can call me back once you check the date/time.

Karen Craig

Phone:  602-277-5551, ext 7891